**Exhibit A to the Complaint**

**Location:** Livingston, NJ  
**Total Works Infringed:** 47

**IP Address:** 173.70.191.181  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 902B93C435901B6F525141A5EBFC8A710ADB95C1 | Blacked | 10/10/2018 21:18:29 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 2 | 06DB953EF7F035DF3314FA94F8DE333210F1B6BD | Blacked Raw | 09/07/2018 03:01:34 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 08/31/2018 12:06:20 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 09/28/2018 01:33:20 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 5 | 16AF0506C0F5463B164E6E21E8AA4B8B1763CA3E | Blacked Raw | 10/03/2018 13:12:32 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 6 | 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151 | Blacked | 09/30/2018 22:45:04 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 7 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | Tushy | 08/31/2018 11:52:16 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 8 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 09/07/2018 02:43:06 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 9 | 2726E924DF7EF96FDE954A1D3C187505279B54E4 | Blacked | 10/10/2018 20:46:56 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 10 | 2BB294011649FDDB07A8B97BE5A6645AC16FF6E8 | Vixen | 08/31/2018 11:55:04 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 11 | 303AA83349BCEE7961EA7089C245D7431040E54A | Blacked Raw | 09/07/2018 02:38:04 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 12 | 3B7D74C183523D3A8AA2E1EB60D28387ED46BF11 | Tushy | 08/31/2018 11:55:29 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 13 | 3BDE61CCCD3B15C896166261D92EDEA7FC826E8A | Tushy | 09/25/2018 11:28:45 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 14 | 4237D3A3CC813F67439A814685D204E38B731118 | Vixen | 08/31/2018 11:55:20 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 15 | 4288C57F709EA0FD3BDAA4A7B2F49E21B547B351 | Tushy | 08/31/2018 11:58:21 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 16 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 10/15/2018 20:50:00 | 08/13/2018 | 09/05/2018 | PA0002134995 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 66CAC34A40BCF41928AABAE405C1A01B4D411A0F | Blacked Raw | 09/16/2018 00:19:26 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 18 | 6C5802283DDB948D5E7C7285AAB35FC6963810CA | Vixen | 10/03/2018 13:22:25 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 19 | 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94 | Vixen | 09/07/2018 02:48:51 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 20 | 71D6E61978F0BB72BE18F7156D2FE0D1BAE6F1A4 | Tushy | 08/31/2018 12:30:39 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 21 | 73B39EC09B462E59C9361F7A43D1920EDAF2E586 | Tushy | 09/25/2018 11:27:04 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 22 | 759EDA21D05B5F9D677121AB7BEDB72339E644AC | Vixen | 08/31/2018 12:10:35 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 23 | 832675DAB93182B2C5E5DA5110D4E3E0660CD182 | Vixen | 10/17/2018 19:23:51 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 24 | 88FBD6B2859D54CB4BDF441736267DCBBC0E7705 | Vixen | 09/25/2018 11:51:19 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 25 | 91BB3920040544BAE9BF52855635DA3B90FCE18E | Tushy | 09/25/2018 12:37:24 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 26 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 09/13/2018 11:48:06 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 27 | A044AFA3C137EAC01E88E3BD265DF039750FD8B1 | Tushy | 10/03/2018 02:37:25 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 28 | A59FC9AC82E12516AFE1436D80E3D9B8D0ACD20C | Blacked Raw | 10/03/2018 02:06:27 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 29 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | Blacked | 08/31/2018 12:05:50 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 30 | A9092A4000B816BDB32CF339ACD7C7F45C2E37A1 | Blacked Raw | 09/12/2018 17:13:17 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 31 | ACBF2C742DFB571CCC35D824499F49A870296255 | Blacked Raw | 09/25/2018 11:56:54 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 32 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/13/2018 16:11:30 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 33 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/08/2018 14:11:42 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 34 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | Blacked | 08/31/2018 12:04:37 | 07/04/2018 | 08/07/2018 | PA0002131913 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BB30C137DD01B82A712E2DB6A8698AC6799655AC | Blacked | 10/03/2018 13:58:12 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 36 | BB93EAF655260B5DE8725464FBE98C4CBC7F1E6E | Vixen | 10/03/2018 13:22:48 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 37 | BF9A8862FB7980570FA988AB354BA6300B4B31A0 | Tushy | 09/01/2018 01:00:10 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 38 | C0FFBF97A7DBF18929D8852B8517D1185BB1BAB9 | Blacked | 10/08/2018 13:08:28 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 39 | C6DDF3976CFD5292AD02D25EF2055C8AA5F77317 | Tushy | 10/10/2018 20:54:04 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 40 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/31/2018 12:36:33 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 41 | CD1FE18DC157C611FBAA5D3F6B2BE39848782C0B | Tushy | 09/25/2018 11:53:16 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 42 | D72165EC4FA2005CFFC1F7559B1681946B18A3FF | Tushy | 10/14/2018 20:37:16 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 43 | E0DF0EE99FD9BEB00670BEBA5FBE64D349E908C0 | Blacked Raw | 08/31/2018 12:21:14 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 44 | E48CB975423F413B731A7F87908AE64EB5F9EF40 | Tushy | 10/10/2018 13:49:00 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 45 | E68FFBBC30003AF30DFE9D5FACA3FFAFCFF090D6 | Blacked Raw | 10/10/2018 20:52:20 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 46 | F4D451D280EA3EFD522634DAD50CA43E70707840 | Blacked Raw | 09/01/2018 01:15:19 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 47 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 09/07/2018 04:48:39 | 07/21/2018 | 09/01/2018 | PA0002119592 |