**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 173.70.191.181,<br><br>          Defendant. | Civil Case No. 2:18-cv-16586-ES-MAH<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE AND REQUEST FOR ORAL ARGUMENT** |

**TO:**   ALL COUNSEL OF RECORD IN THE ABOVE CAPTIONED MATTER

**PLEASE TAKE NOTICE** that on January 7, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will appear before the Honorable Michael A. Hammer, U.S.M.J., of the United States District Court of the District of New Jersey, located

at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, to move this Court pursuant to Rule 26 for an Order granting Plaintiff leave to serve a third party subpoena on Defendant's internet service provider prior to the Rule 26(f) conference.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the accompanying Brief and Declarations of Greg Lansky, Tobias Fieser, John S. Pasquale, and Susan B. Stalzer, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: 12/12/2018                    Respectfully submitted,

                                     **FOX ROTHSCHILD LLP**

                                     *Attorneys for Plaintiff,*
                                     *Strike 3 Holdings, LLC*

                                     By:   /s/ John C. Atkin, Esq.
                                           JOHN C. ATKIN